United States District Court
Southern District of Texas

**ENTERED**

May 11, 2023

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH LEE BEAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 2:23-CV-00039 |
| | § | |
| THE STATE OF TEXAS, JUAN J. NUNEZ, | § | |
| WAYNE DOUGLAS HARRIS and PETER | § | |
| JUAREZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 13, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 12). Magistrate Judge Neurock made findings and conclusions and recommended that Plaintiff's complaint be dismissed pursuant to the Prison Litigation Reform Act's screening requirement. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Neurock's M&R, (Dkt. No. 12), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)     Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

Signed on May 11, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**